THE VILLAGE OF WAVERLY, Respondent, *v.* THE WAVERLY WATER COMPANY et al., Appellants.

*Village of Waverly* v. *Waverly Water Co.*, 117 App. Div. 336, affirmed.
(Argued October 4, 1907; decided October 22, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1907, which reversed an order of Special Term dismissing a proceeding in condemnation to

acquire the property rights and franchises of the defendant Waverly Water Company.

The following question was certified: " Was it necessary for the plaintiff, before beginning this action, to take the proceedings, and to comply with chapter 723 of the Laws of the state of New York for the year 1905, and to procure the consent of the state water supply commission, as in said act required ? "

*Frederick E. Hawkes, Frederick Collin* and *J. B. Floyd* for appellants.

*Frank A. Bell, Myron N. Tompkins* and *Randolph Horton* for respondent.

Order affirmed, with costs, and question certified answered in the negative on opinion below.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Absent: HISCOCK, J.